In the Matter of Proving the Last Will and Testament of LAURA A. HEYDENREICH, Deceased.— Decree reversed and new trial granted, with costs to appellant

to abide event, payable out of the estate. Held, that the verdict of the jury is against the weight of the evidence on the question of testamentary capacity. All concur, except Hubbs, J., who dissents and votes for affirmance.